UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY BROWN,

    Plaintiff,

v.                                         CASE NO: 12-CV-13402-DT

CITY OF DETROIT AND
LATONYA BROOKS

    Defendant(s).

_____/

**JUDGMENT**

In accordance with the Opinion and Order Overruling Objections, Adopting the Magistrate Judge's Report and Recommendation, Granting Defendants' Motion for Summary Judgment entered this date, June 9, 2017,

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendants and against the Plaintiff.

Dated: June 9, 2017

                                                  ENTERED BY ORDER OF THE COURT

                                                  S/Lisa G. Wagner
                                                  LISA G. WAGNER, CASE MANAGER
                                                  AND DEPUTY CLERK TO
                                                  JUDGE ROBERT H. CLELEND